**DISMISS; Opinion filed September 28, 2012**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01182-CV

### LINDA HOOPER, Appellant

### V.

### BRINSON BENEFITS, INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-07520**

# MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Bridges

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that she no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

DAVID L. BRIDGES
JUSTICE

121182F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LINDA HOOPER, Appellant

No. 05-12-01182-CV      V.

BRINSON BENEFITS, INC., Appellee

Appeal from the 101st Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 12-07520).
Opinion delivered by Justice Bridges, Justices Richter and Lang, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Brinson Benefits, Inc., recover its costs of the appeal from appellant, Linda Hooper.

Judgment entered September 28, 2012.

_____
DAVID L. BRIDGES
JUSTICE